IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41264
Conference Calendar

_____

HOWARD LEE BARNES,

Plaintiff-Appellant,

versus

ALLEN B. POLUNSKY; A. BOLDING; LARRY A JOHNS; RICKEY D. KILGORE;
KEITH EDWIN ATCHISON; CHRISTI T. FLEETWOOD; LAKEISHA JOHNSON,
GENE R. MARTIN,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No.6:98-CV-505
--------------------
April 14, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Howard Lee Barnes, Texas prisoner No. 647284, appeals the
district court's dismissal of his civil rights complaints
pursuant to 28 U.S.C. § 1915(g) and he moves this court for
appointment of appellate counsel. The motion for counsel is
DENIED. Barnes does not challenge the district court's
determination that he was not entitled to litigate in forma
pauperis because he had accrued three "strikes" for purposes of

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

§ 1915(g).  Accordingly, we AFFIRM.  See Yohey v. Collins, 985 F.2d 222, 223-24 (5th Cir. 1993); FED. R. APP. P. 28(a)(9)(A).

MOTION FOR APPOINTMENT OF COUNSEL DENIED; AFFIRMED.